162 A.3d 839

**BROWN, Jacque**

v.

**STATE of Maryland**

**Pet. Docket No. 86, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2881, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

162 A.3d 839

**CHASE, Antonio Wendell**

v.

**STATE of Maryland**

**Pet. Docket No. 48, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 1691, Sept. Term, 2016).

Petition for writ of certiorari denied